# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: A.A.F., JR., A MINOR | : | No. 175 EAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: V.B., MOTHER | : | the Order of the Superior Court |
| IN THE INTEREST OF: J.A.J.,  A MINOR | : | No. 176 EAL 2017 |
| | : | |
| | : | |
| PETITION OF: V.B., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

AND NOW, this 21st day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.